IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SARAH GASIENICA as Administratrix of the ESTATE OF HERMAN JACKSON, deceased, <br><br> Plaintiff, <br><br> v. <br><br> RODNEY MEANS, in his individual capacity, INDIANA STATE POLICE and STATE OF INDIANA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CAUSE NO. 3:02 cv 901 |

## CASE STATUS REPORT TO COURT

Defendants, by counsel, Chad M. Buell, Deputy Attorney General, respectfully inform the Court as follows:

1. The parties had previously reached a tentative settlement agreement, subject to approval from the Governor, in the above cause of action.

2. The undersigned has now obtained the aforementioned approval from the Governor to settle this matter according to the terms previously agreed upon by the parties.

3. Additionally, Plaintiff has requested, and now obtained, approval of the terms of settlement from the State Probate Court.

4. Settlement documents have been forwarded to Plaintiff's counsel for signature. Once signatures have been obtained from all parties on all documents, the settlement can be consummated.

5. It is believed a Stipulation of Dismissal signed by the parties, or their counsel, can be filed with the Court in (30) days or less.

      Respectfully submitted,

      STEVE CARTER
      Attorney General of Indiana
      Atty. No. 4150-64

By:    S/Chad M. Buell
      Chad M. Buell
      Deputy Attorney General
      Atty. No. 20044-49

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

      F. Amin Istrabadi
      Anna Marie Hearn
      Blachly Tabor Bozik & Hartman
      Indiana Federal Building
      56 S. Washington Street, Suite 401
      Valparaiso, Indiana  46383

      Ivan Bodensteiner  cdougherty@sevennapoleon.com

and I hereby certify that I have mailed a copy of the document by United States Postal Service to the following non-CM/ECF participant:

      Robert Sharp, Jr.
      The Sharp Law Office, P.C.
      180 N. LaSalle Street, Suite 1916
      Chicago, Illinois 60619

      S/Chad M. Buell
      Chad M. Buell
      Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:   (317) 233-8213
FAX:   (317) 232-7979
E-mail:   cbuell@atg.state.in.us